IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **TIM POTTER** § | |
| § | **CIVIL ACTION NO. 2:09-CV-195-J** |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **BABCOCK & WILCOX TECHNICAL** § | |
| **SERVICES PANTEX, LLC,** § | |
| § | |
| Defendant. § | |

## AGREED MOTION TO DISMISS
## THE CLAIMS OF PLAINTIFF TIM POTTER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Tim Potter ("Plaintiff") and Babcock & Wilcox Technical Services Pantex, LLC ("Pantex") (collectively the "Parties"), by and through their counsel of record, and file this Agreed Motion to Dismiss the Claims of Plaintiff Tim Potter.  In support of this motion, the Parties state that all claims of Plaintiff against Defendant should be dismissed with prejudice for the reason that matters of fact and things in controversy between Plaintiff and Defendant have been fully and finally compromised and settled.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter the Parties' Agreed Order of Dismissal for the Claims of Plaintiff Tim Potter.

Respectfully submitted,

Bradley W. Howard
State Bar No. 00786452
Robert C. Vartabedian
State Bar No. 24053534
BROWN & FORTUNATO, P.C.
905 South Fillmore, Suite 400 (79101)
P.O. Box 9418
Amarillo, TX 79105-9418
(806) 345-6300 Telephone
(806) 345-6363 Facsimile
bhoward@bf-law.com Email

By:   /s/ Bradley W. Howard
      Bradley W. Howard

**ATTORNEYS FOR DEFENDANTS**

Jason C. Webster
Texas Bar No. 24033318
MATTHEWS & ASSOCIATES
2905 Sackett
Houston, TX 77098
(713) 222-8080 Telephone
(713) 535-7184 Fax
dmatthews@thematthewslawfirm.com
jwebster@thematthewslawfirm.com

By:   /s/ Jason C. Webster
      Jason C. Webster

Michael A. Warner
Texas Bar No. 20872700
THE WARNER LAW FIRM
101 S.E. 11th, Suite 301
Amarillo, TX  79101
(806) 372-2595 Telephone
(806) 372-5674 Fax
mawarner@suddenlinkmail.com

By:   /s/ Michael A. Warner
      Michael A. Warner

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing document and that a true and correct copy was served on the parties listed below through the electronic case filing system if the Notice of Electronic Filing indicated that the parties received it or otherwise by mailing a copy by Certified Mail, Return Receipt Requested, to the parties this 16th day of April, 2010.

 Michael A. Warner
 The Warner Law Firm
 101 S.E. 11th, Suite 301
 Amarillo, TX 79101

 Jason C. Webster
 Matthews & Associates
 2905 Sackett
 Houston, TX 77098

            /s/ Bradley W. Howard
            Bradley W. Howard

20P8894.DOC